UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                          : Chapter 11
                                                :
CONTRACT RESEARCH                               : Case No. 12-11004 (KJC)
SOLUTIONS, INC., *et al.*,                      :
                                                : Jointly Administered
         Debtors.[1]                            :
                                                : RE: Docket No. 434
------------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 502, 1123(a), 1124, 1125, 1126, AND 1128, BANKRUPTCY RULES 2002, 3003, 3016, 3017, 3018, AND 3020, AND LOCAL RULES 2002-1 AND 3017-1: (A) SCHEDULING A COMBINED HEARING ON APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN; (B) APPROVING FORM AND MANNER OF NOTICE OF COMBINED HEARING; (C) APPROVING SOLICITATION PACKAGES, INCLUDING FORM OF BALLOT, AND PROCEDURES FOR DISTRIBUTION OF SOLICITATION PACKAGES; AND (D) APPROVING <u>VOTING RECORD DATE AND VOTING DEADLINE</u>**

On June 22, 2012, Cetero Research Solutions, Inc. and its affiliated debtors as debtors in possession in the above-captioned cases (collectively "<u>Cetero</u>" or the "<u>Debtors</u>") filed the *Motion (I) for an Order, Pursuant to Bankruptcy Code Sections 105, 502, 1123(a), 1124, 1125, 1126, and 1128, Bankruptcy Rules 2002, 3003, 3016, 3017, 3018, and 3020, and Local Rules 2002-1 and 3017-1: (A) Scheduling a Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan; (B) Approving Form and Manner of Notice of Combined Hearing; (C) Approving Solicitation Packages, Including Form of Ballot, and Procedures for Distribution of Solicitation Packages; and (D) Approving Voting Record Date and Voting Deadline, and (II) Requesting Approval of Disclosure Statement at Combined Hearing* [Docket No. 434] (the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Contract Research Solutions, Inc. (3750); Allied Research Holdings Inc. (not applicable); Allied Research International Inc. (Ontario) (not applicable); Allied Research International, Inc. (Florida) (6246); Allied Research International India, LLC (not applicable); Allied Research International U.S., LLC (not applicable); BA Research Co. (not applicable); BA Research International Holdings, LLC (not applicable); BA Research International, L.P. (0418); BARI Management, LLC (not applicable); BARI Merger Sub, LLC (not applicable); BARI Partners, G.P. (0418); Bioassay Research Co. (5944); CRS Management, Inc. (2856); CRS Real Estate Holdings LLC (not applicable); Diabetes and Glandular Disease Research Associates, Inc. (1817); Gateway Medical Research, Inc. (0344); PRACS Dermatology, LLC (not applicable); PRACS Institute, Ltd. (7073); Specialty Research, Inc. (5373). Cetero's corporate headquarters is located at 2000 Regency Parkway, Suite 255, Cary, North Carolina 27518.

01:12273378.1

"Solicitation Procedures Motion"). The deadline to object to the relief requested in the Solicitation Procedures Motion was established as July 5, 2012 at 12:00 p.m. (ET) (the "Objection Deadline").

Prior to the Objection Deadline, the Official Committee of Unsecured Creditors (the "Committee") filed a limited objection [Docket No. 451] (the "Limited Objection") to the relief requested in the Solicitation Procedures Motion, and Cetero also received informal comments from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") with respect thereto.

After further discussions with the Committee regarding the Solicitation Procedures Motion and the issues raised in the Limited Objection, Cetero and the Committee reached an agreement resolving the Limited Objection, which was subsequently withdrawn on July 9, 2012. See Docket No. 458.

Moreover, Cetero and the U.S. Trustee engaged in good-faith negotiations regarding the U.S. Trustee's concerns with respect to the relief requested in the Solicitation Procedures Motion, and, subsequent thereto, reached an agreement resolving the U.S. Trustee's informal comments. The agreement reached between Cetero and the U.S. Trustee is memorialized in the revised form of order attached hereto as Exhibit 1 (the "Revised Order").

As reflected in the Revised Order, Cetero has agreed to clarify that Cetero is authorized to solicit votes to accept or reject the proposed plan of liquidation (the "Plan"), subject to approval of the related disclosure statement (the "Disclosure Statement") at the combined hearing (the "Combined Hearing"). By agreement of the U.S. Trustee, this new language resolves the U.S. Trustee's concerns with respect to the Solicitation Procedures Motion.

The Revised Order also reflects certain non-substantive modifications (the "Non-Substantive Modifications") to the form of order submitted with the Solicitation Procedures Motion as follows: (i) removing reference to a hearing to consider the Solicitation Procedures Motion in the introductory paragraph since, with the Court's approval, the hearing scheduled to consider such motion has been cancelled; (ii) scheduling the Combined Hearing for September 11, 2012 at 11:00 a.m. (ET), with the Court's approval; (iii) establishing August 24, 2012 at 4:00 p.m. (ET) as the deadline to object to approval of the Disclosure Statement and/or confirmation of the Plan; and (iv)

2

01:12273378.1

establishing August 24, 2012 at 4:00 p.m. (ET) as the Voting Deadline (as defined in the Revised Order).

A blackline of the Revised Order against the form of order submitted with the Solicitation Procedures Motion is attached hereto as Exhibit 2.

As Cetero did not receive any formal or informal objections to the Solicitation Procedures Motion prior to the Objection Deadline other than those described herein, the Committee's Objection has been withdrawn, the concerns raised by the U.S. Trustee have been resolved, and the Non-Substantive Modifications are technical in nature and otherwise do not affect the relief requested in the Solicitation Procedures Motion, Cetero respectfully requests that the Court enter the Revised Order at its earliest convenience.

Dated: July 10, 2012
      Wilmington, Delaware

/s/ Andrew L. Magaziner
M. Blake Cleary (No. 3614)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Luc A. Despins
Sung Ho Choi
PAUL HASTINGS LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

-and-

Marc J. Carmel
Christian M. Auty
PAUL HASTINGS LLP
191 North Wacker Drive, Thirtieth Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

*Counsel to the Debtors and Debtors in Possession*

01:12273378.1