UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------------x
                                                          :
*In re:*                                                  :    Chapter 11
                                                          :
**CONTRACT RESEARCH SOLUTIONS, INC.,** *et al.*,          :    Case No. 12-11004 (KJC)
                                                          :
        Debtors.[1]                                       :    Jointly Administered
                                                          :
------------------------------------------------------------------------x

**PLAN SUPPLEMENT FOR THE JOINT LIQUIDATING CHAPTER 11 PLAN OF CONTRACT
RESEARCH SOLUTIONS, INC.,** *ET AL.*

| | |
|---|---|
| **PAUL HASTINGS LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| Luc A. Despins | M. Blake Cleary (No. 3614) |
| G. Alex Bongartz | Jaime Luton Chapman (No. 4936) |
| Sung Ho Choi | Andrew L. Magaziner (No. 5426) |
| Park Avenue Tower | Rodney Square |
| 75 East 55th Street, First Floor | 1000 North King Street |
| New York, New York 10022 | Wilmington, Delaware 19899-0391 |
| Telephone: (212) 318-6000 | Telephone: (302) 571-6600 |

Marc J. Carmel
Christian M. Auty
191 North Wacker Drive, Thirtieth Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000

*Counsel to the Debtors and Debtors in Possession*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Contract Research Solutions, Inc. (3750); Allied Research Holdings Inc. (not applicable); Allied Research International Inc. (Ontario) (not applicable); Allied Research International, Inc. (Florida) (6246); Allied Research International India, LLC (not applicable); Allied Research International U.S., LLC (not applicable); BA Research Co. (not applicable); BA Research International Holdings, LLC (not applicable); BA Research International, L.P. (0418); BARI Management, LLC (not applicable); BARI Merger Sub, LLC (not applicable); BARI Partners, G.P. (0418); Bioassay Research Co. (5944); CRS Management, Inc. (2856); CRS Real Estate Holdings LLC (not applicable); Diabetes and Glandular Disease Research Associates, Inc. (1817); Gateway Medical Research, Inc. (0344); PRACS Dermatology, LLC (not applicable); PRACS Institute, Ltd. (7073); Specialty Research, Inc. (5373). Cetero's corporate address is P.O. Box #219, 3201-141 Edwards Mill Road, Raleigh, North Carolina 27612.

**TABLE OF CONTENTS**

| Exhibit | Description |
|---|---|
| A | Notice of Effective Date of Plan and Notice of Bar Dates |
| B | Proof of Claim Form |
| C | Administrative Expense Claim Form |
| D | Certification of Counsel Regarding Fully Administered Debtors |
| E | Form of Liquidating Trust Agreement |
| F | Name of Liquidating Trustee |
| G | Name of Wind-Down Administrator |
| H | Liquidation Analysis |