**EXHIBIT D**

**Certification of Counsel Regarding Fully Administered Debtors**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                                                         :

*In re:*                                                    :     Chapter 11
                                                     :
**CONTRACT RESEARCH**                :     Case No. 12-11004 (KJC)
**SOLUTIONS, INC.,** *et al.***,**             :
                                                 :     **Jointly Administered**
         **Debtors.**[1]                       :
                                                 :
---------------------------------------------------------------x

## **CERTIFICATION OF COUNSEL REGARDING FULLY ADMINISTERED DEBTORS**

The undersigned hereby certifies that, on the date hereof, in accordance with Rule 5009-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware, the *Joint Liquidating Chapter 11 Plan of Contract Research Solution, Inc., et al.* [Docket No. ___] (including all exhibits annexed thereto and the Plan Supplement, and as may be altered, amended, or modified from time to time, the "Plan") has been substantially consummated and the fees due under 28 U.S.C. § 1930 in respect of the Debtors identified in Schedule 1 attached hereto (the "Fully Administered Debtors") have been paid.

The undersigned further certifies that attached hereto as Exhibit 1 are the final reports of the Fully Administered Debtors.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Contract Research Solutions, Inc. (3750); Allied Research Holdings Inc. (not applicable); Allied Research International Inc. (Ontario) (not applicable); Allied Research International, Inc. (Florida) (6246); Allied Research International India, LLC (not applicable); Allied Research International U.S., LLC (not applicable); BA Research Co. (not applicable); BA Research International Holdings, LLC (not applicable); BA Research International, L.P. (0418); BARI Management, LLC (not applicable); BARI Merger Sub, LLC (not applicable); BARI Partners, G.P. (0418); Bioassay Research Co. (5944); CRS Management, Inc. (2856); CRS Real Estate Holdings LLC (not applicable); Diabetes and Glandular Disease Research Associates, Inc. (1817); Gateway Medical Research, Inc. (0344); PRACS Dermatology, LLC (not applicable); PRACS Institute, Ltd. (7073); Specialty Research, Inc. (5373). Cetero's corporate address is P.O. Box #219, 3201-141 Edwards Mill Road, Raleigh, North Carolina 27612.

WHEREFORE, Cetero respectfully requests that the Clerk of the Court close the chapter 11 cases of the Fully Administered Debtors as required by the order confirming the Plan [Docket No. ___].

Dated: [_____], 2012
      Wilmington, Delaware

_____
M. Blake Cleary (No. 3614)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Luc A. Despins
G. Alex Bongartz
Sung Ho Choi
PAUL HASTINGS LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

-and-

Marc J. Carmel
Christian M. Auty
PAUL HASTINGS LLP
191 North Wacker Drive, Thirtieth Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

*Counsel to the Debtors*
*and Debtors in Possession*

## **Schedule 1**

## **Fully Administered Debtors**

| Debtor Name | Case No. |
|---|---|
| *In re* Allied Research Holdings Inc. | Case No. 12-11005 (KJC) |
| *In re* Allied Research International Inc. (Ontario) | Case No. 12-11006 (KJC) |
| *In re* Allied Research International, Inc. (Florida) | Case No. 12-11007 (KJC) |
| *In re* Allied Research International India, LLC | Case No. 12-11008 (KJC) |
| *In re* Allied Research International U.S., LLC | Case No. 12-11009 (KJC) |
| *In re* BA Research Co. | Case No. 12-11010 (KJC) |
| *In re* BA Research International Holdings, LLC | Case No. 12-11011 (KJC) |
| *In re* BA Research International, LP | Case No. 12-11012 (KJC) |
| *In re* BARI Management, LLC | Case No. 12-11013 (KJC) |
| *In re* BARI Merger Sub, LLC | Case No. 12-11014 (KJC) |
| *In re* BARI Partners, G.P. | Case No. 12-11015 (KJC) |
| *In re* Bioassay Research Co. | Case No. 12-11016 (KJC) |
| *In re* CRS Management, Inc. | Case No. 12-11017 (KJC) |
| *In re* CRS Real Estate Holdings LLC | Case No. 12-11018 (KJC) |
| *In re* Diabetes & Glandular Disease Research Associates Inc. | Case No. 12-11019 (KJC) |
| *In re* Gateway Medical Research, Inc. | Case No. 12-11020 (KJC) |
| *In re* PRACS Dermatology, LLC | Case No. 12-11021 (KJC) |
| *In re* PRACS Institute, Ltd. | Case No. 12-11022 (KJC) |
| *In re* Specialty Research, Inc. | Case No. 12-11023 (KJC) |

## Exhibit 1

**Final Report of Fully Administered Debtors**

[to come]