UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                                  :    Chapter 11
CONTRACT RESEARCH SOLUTIONS, INC., *et al.*,            :    Case No. 12-11004 (KJC)
            Debtors.[1]                                 :    Jointly Administered
------------------------------------------------------------------------x

### NOTICE OF EFFECTIVE DATE OF PLAN AND NOTICE OF BAR DATES

**PLEASE TAKE NOTICE THAT**, on September 11, 2012, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 602] (the "Confirmation Order"), among other things, confirming the *Amended Joint Liquidating Chapter 11 Plan of Contract Research Solutions, Inc., et al.* [Docket No. 590] (as modified, amended, or supplemented from time to time, the "Plan"). Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan or the Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE THAT** the Effective Date of the Plan occurred on **October 23, 2012**.

**PLEASE TAKE FURTHER NOTICE THAT** the Wind-Down Administrator or the Liquidating Trustee may, in their sole discretion, notify Entities that, to continue to receive documents pursuant to Bankruptcy Rule 2002, such Entity must file a renewed request to receive documents pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the Plan and the Confirmation Order, the General Bar Date for filing proofs of Claim, including Claims for rejection damages, and requests for payment of Administrative Expense Claims against Contract Research Solutions, Inc. or any of its affiliates' chapter 11 debtors (collectively, "Cetero") is **December 7, 2012 at 4:00 p.m. (prevailing Eastern Time)**. You are advised to review the instructions in the Plan to determine whether you are required to file a proof of Claim or request for payment of Administrative Expense Claim.

### Procedures for Filing Proofs of Claim

In accordance with the Plan, each proof of Claim must: (a) be written in English; (b) include a Claim amount denominated in United States dollars (and to the extent such Claim is converted to United States dollars, the conversion rate used); (c) conform substantially with the form of proof of Claim included in the Plan Supplement and available at http://dm.epiq11.com/crs; (d) include supporting documentation (or, if such documentation is voluminous, include a summary of such documentation) or an explanation as to why such documentation is not available; (e) be signed by the holder of the Claim or by an authorized agent or legal representative of the holder of the Claim; (f) be an original proof of Claim; and (g) be delivered to:

| If by regular mail: | If by overnight courier or hand delivery: |
|---|---|
| Contract Research Solutions, Inc. Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5013<br>New York, New York 10150-5013 | Contract Research Solutions, Inc. Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue, 3rd Floor<br>New York, New York 10017 |

so as to be **actually received** by Epiq Bankruptcy Solutions, LLC **on or before December 7, 2012**. **Photocopies, facsimiles, or electronic mail will not be accepted**.

Solely in the event that Cetero amends its Schedules after the date on which they were initially filed, any holder of a Claim whose Claim is modified by such amendment must file proofs of Claim with respect to such Claims, by the later of (a) the General Bar Date and (b) 21 days after the date on which Cetero provides notice of an amendment to its respective Schedules.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Contract Research Solutions, Inc. (3750); Allied Research Holdings Inc. (not applicable); Allied Research International Inc. (Ontario) (not applicable); Allied Research International, Inc. (Florida) (6246); Allied Research International India, LLC (not applicable); Allied Research International U.S., LLC (not applicable); BA Research Co. (not applicable); BA Research International Holdings, LLC (not applicable); BA Research International, L.P. (0418); BARI Management, LLC (not applicable); BARI Merger Sub, LLC (not applicable); BARI Partners, G.P. (0418); Bioassay Research Co. (5944); CRS Management, Inc. (2856); CRS Real Estate Holdings LLC (not applicable); Diabetes and Glandular Disease Research Associates, Inc. (1817); Gateway Medical Research, Inc. (0344); PRACS Dermatology, LLC (not applicable); PRACS Institute, Ltd. (7073); Specialty Research, Inc. (5373). Cetero's corporate address is P.O. Box #219, 3201-141 Edwards Mill Road, Raleigh, North Carolina 27612.

**Procedures for Filing Requests for Payment of Administrative Expense Claims**

In accordance with the Plan, all requests for payment of 503(b)(9) Administrative Expense Claims or Other Administrative Expense Claims must: (a) be written in English; (b) include a Claim amount denominated in United States dollars (and to the extent such Claim is converted to United States dollars, the conversion rate used); (c) conform substantially with the form of request for payment included in the Plan Supplement and available at http://dm.epiq11.com/crs; (d) include supporting documentation (or, if such documentation is voluminous, include a summary of such documentation) or an explanation as to why such documentation is not available; (e) be signed by the holder of the Administrative Expense Claim or by an authorized agent or legal representative of the holder of the Administrative Expense Claim; (f) be an original; and (g) be delivered to Epiq Bankruptcy Solutions, LLC at the proper address set forth above, so as to be **actually received** by Epic Bankruptcy Solutions, LLC **on or before December 7, 2012**.  Photocopies, facsimiles, or electronic mail will **not** be accepted.

All final requests for payment of Professional Claims and Committee Claims shall be filed with the Court and served only on: (a) Cetero, Contract Research Solutions, Inc., P.O. Box #219, 3201-141 Edwards Mill Road, Raleigh, North Carolina 27612; (b) counsel to Cetero, Paul Hastings LLP, 191 North Wacker Drive, Thirtieth Floor, Chicago, Illinois 60606, Attn: Marc J. Carmel, and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: M. Blake Cleary; (c) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (re: In re Contract Research Solutions, Inc., et al.); (d) counsel for the Committee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn:  Bradford J. Sandler, and 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003, Shirley S. Cho, Email: scho@pszjlaw.com; and (e) counsel to Freeport Financial LLC, Latham & Watkins LLP, 233 South Wacker Drive, Suite 5800, Chicago, Illinois 60606, Attn: Peter P. Knight, **on or before December 7, 2012**.  After notice and a hearing in accordance with the procedures established by the Bankruptcy Code and prior Court orders, the Allowed amounts of such Professional Claims and Committee Claims shall be determined by the Court.

**Access to Proof of Claim Forms and Additional Information**

If you have any questions regarding the Claims process and/or if you wish to obtain a copy of the Plan, the Disclosure Statement, proof of Claim forms, the form of request for payment of Administrative Expense Claims, or any other pleadings filed in Cetero's Chapter 11 Cases, you should contact Epiq Bankruptcy Solutions, LLC by: (a) calling (646) 282-2400; (b) visiting http://dm.epiq11.com/crs; or (c) writing to Contract Research Solutions, Inc., c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, New York 10017.  You may also obtain copies of any pleadings filed in Cetero's Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.  Please note that 60 days after the Effective Date, Epiq Bankruptcy Solutions, LLC will cease to maintain or provide access to the website maintained by it at http://dm.epiq11.com/crs.

Nothing contained in this notice is intended to or should be construed as a waiver of Cetero's, the Liquidating Trustee's, or the Wind-Down Administrator's right to: (a) dispute, or assert offsets or defenses against, any filed Claim or any Claim listed or reflected in the Schedules, including as to the nature, amount, liability, or classification thereof; (b) subsequently designate any Claim in the Schedules as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules.

Dated:   October 23, 2012
         Wilmington, Delaware

| | |
|---|---|
| **PAUL HASTINGS LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| Luc A. Despins | M. Blake Cleary (No. 3614) |
| G. Alex Bongartz | Jaime Luton Chapman (No. 4936) |
| Sung Ho Choi | Andrew L. Magaziner (No. 5426) |
| Park Avenue Tower | Rodney Square |
| 75 East 55th Street, First Floor | 1000 North King Street |
| New York, New York 10022 | Wilmington, Delaware 19899-0391 |
| Telephone: (212) 318-6000 | Telephone: (302) 571-6600 |

Marc J. Carmel
Christian M. Auty
191 North Wacker Drive, Thirtieth Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000

*Counsel to the Debtors and Debtors in Possession*