IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 11
CONTRACT RESEARCH                                              :
SOLUTIONS, INC., *et al.*,                                     :    Case No. 12-11004  (KJC)
                                                               :
                              Debtors.[1]                      :    Jointly Administered
                                                               :
---------------------------------------------------------------x

### (NO ORDER REQUIRED)
### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 696

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to **Alston & Bird LLP's Sixth Monthly Application for Award of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Interim Period September1, 2012 Through September 30, 2012** [Docket No. 696] (the "Application"), filed on November 8, 2012.

The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the notice of Application, responses to the Application were to be filed and served no later than November 28, 2012 at 4:00 p.m. (ET).

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Contract Research Solutions, Inc. (3750); Allied Research Holdings Inc. (not applicable); Allied Research International Inc. (Ontario) (not applicable); Allied Research International, Inc. (Florida) (6246); Allied Research International India, LLC (not applicable); Allied Research International U.S., LLC (not applicable); BA Research Co. (not applicable); BA Research International Holdings, LLC (not applicable); BA Research International, L.P. (0418); BARI Management, LLC (not applicable); BARI Merger Sub, LLC (not applicable); BARI Partners, G.P. (0418); Bioassay Research Co. (5944); CRS Management, Inc. (2856); CRS Real Estate Holdings LLC (not applicable); Diabetes and Glandular Disease Research Associates, Inc. (1817); Gateway Medical Research, Inc. (0344); PRACS Dermatology, LLC (not applicable); PRACS Institute, Ltd. (7073); Specialty Research, Inc. (5373). Cetero's corporate headquarters is located at P.O. Box #219, 3201-141 Edwards Mill Road, Raleigh, North Carolina 27612.

Pursuant to the *Order, Pursuant to Bankruptcy Code Sections 105(a), 327 and 331, Bankruptcy Rule 2016, and Local Rule 2016-1, Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Cetero and Committee Professionals* entered in the above-captioned cases on April 23, 2012 [Docket No. 158], the Debtors are authorized to pay Alston & Bird LLP $28,731.60 (80% of the requested compensation) and $6.71 (100% of the requested expenses) without further order from the Court.

Dated: Wilmington, Delaware
       November 30, 2012

/s/ *Andrew L. Magaziner*
M. Blake Cleary (No. 3614)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600,
Facsimile: (302) 571-1253

-and-

Luc A. Despins
Sung Ho Choi
PAUL HASTINGS LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000

-and-

Marc J. Carmel
Christian M. Auty
PAUL HASTINGS LLP
191 North Wacker Drive, Thirtieth Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

*Counsel to the Debtors*

01:12175340.6