UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number 12-11004-KJC

In re: CONTRACT RESEARCH SOLUTIONS INC

Taxpayer number: 1-20-4053750-3

WITHDRAWAL OF

Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:   Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

1. DATE OF CLAIM                : 06/19/2012

2. TOTAL AMOUNT OF CLAIM        : $2,000.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2012 TO 12/31/2012

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 11/27/2012

MARY ANN BROWN
Accounts Examiner      (512) 463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-08/5)