UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x

*In re:* : Chapter 11
:
**CONTRACT RESEARCH** : Case No. 12-11004 (KJC)
**SOLUTIONS, INC.,** *et al.,* :
:
    **Debtors.** : Jointly Administered

------------------------------------------------------------:

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Beth Ann Olivere, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors in the within captioned matter, and that on December 6, 2012, she caused a copy of the following pleading(s) to be served, in the manner indicated, upon the parties on the list attached hereto:

**Monthly Operating Report – October 2012 [D.I. 739]**

To be served, by hand delivery, upon the following:

David M. Klauder, Esq.
J. Caleb Boggs Federal Building
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

_____
Beth Ann Olivere

SWORN TO AND SUBSCRIBED before me this 6th day of December, 2012.

_____
Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

01:11874969.59