## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post-confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Contract Research Solutions, Inc. | Case Number: | 12-11004 (KJC) |
| Confirmation Date: | September 11, 2012 | Effective Date: | October 23, 2012 |
| Reporting Period: | October 23, 2012 through December 31, 2012 | | |

| Bank: | Account Number | Account Type: |
|---|---|---|
| Regions Bank | #151578166 (Wind-Down Funds Account) | Checking Account |
| Regions Bank | #151578085 (Carve-Out Funds Account) | Checking Account |
| Wells Fargo | # . . . . 8909 | Checking Account |
| TD Canada Trust | # . . . . 0490 | Checking Account |
| TD Canada Trust | # . . . . 9897 | Checking Account |
| TD Canada Trust | # . . . . 9820 | Checking Account |
| Bank of Nova Scotia | # . . . . 1614 | Checking Account |
| Alerus Financial | # . . . . 7853 | Checking Account |

**Beginning Cash Balance:** $1,511,562.93

Total of Cash Received by Debtor: $0.00

**Total Cash Available:** $1,511,562.93

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $229,085.00

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $0.00

All other disbursements made: $294,917.23

**Total Disbursements** $524,002.23

**Ending Cash Balance** $987,560.70

As indicated above, as of October 23, 2012, Cetero held six accounts in addition to the Wind-Down Funds Account and the Carve-Out Account. The October 23, 2012 balances in these six accounts are included in the Beginning Cash Balance above. After October 23, 2012, the purchasers of substantially all of the Debtors' assets collected certain of their receivables into these six accounts and made certain withdrawals therefrom. These collections and withdrawals are not reflected in this report as these involve funds that are not property of the estates. Cetero has assumed that the October 23, 2012 balances in these six account has been drawn down to zero, and has included such draw-down in the line item "All other disbursements made" above.

As of December 31, 2012, the sole asset of Contract Research Solutions, Inc. was its interest in the cash held in the Winddown Funds Account and the Carve-Out Funds Account in the aggregate amount of $987,560.70 and any rights to payments under the Operations Support Agreement.

Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Amended Joint Liquidating Chapter 11 Plan of Contract Research Solutions, Inc., et al.*, dated September 6, 2012 [Docket No. 590].

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/5/13
Date

Richard Walker, Wind-Down Administrator