## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post-confirmation debtor.

Debtor's Name: Contract Research Solutions, Inc.  Case Number: 12-11004 (KJC)

Confirmation Date: September 11, 2012  Effective Date: October 23, 2012

Reporting Period: January 1, 2013 through March 31, 2013

| Bank: | Account Number | Account Type: |
|---|---|---|
| Regions Bank | #151578166 (Wind-Down Funds Account) | Checking Account |
| Regions Bank | #151578085 (Carve-Out Funds Account) | Checking Account |

**Beginning Cash Balance:** $987,560.70

Total of Cash Received by Debtor: $0.00

**Total Cash Available:** $987,560.70

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $599,335.06

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $0.00

All other disbursements made: $20,565.00

**Total Disbursements** $619,900.06

**Ending Cash Balance** $367,660.64

As of March 31, 2013, the sole asset of Contract Research Solutions, Inc. was its interest in the cash held in the Winddown Funds Account and the Carve-Out Funds Account in the aggregate amount of $367,660.64 and any rights to payments under the Operations Support Agreement.

Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Amended Joint Liquidating Chapter 11 Plan of Contract Research Solutions, Inc., et al.*, dated September 6, 2012 [Docket No. 590].

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

April 30, 2013
Date

Richard Walker, Wind-Down Administrator