UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **CONTRACT RESEARCH** | : | |
| **SOLUTIONS, INC.,** *et. al* | : | |
| | : | Case No. 12-11004 (KJC) |
| Debtors | : | (Jointly Administered) |
| | : | (Re: D.I. 62) |

**ORDER**

AND NOW, this 1st day of May, 2013, upon consideration of Contract Research Solutions' Motion to (A) Sever and Reject the Third Amendment to Golden Glades Lease and (B) Abandon Certain Personal Property, *Nunc Pro Tunc* to Petition Date, pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code and Bankruptcy Rule 6004 (D.I. 62), the objection thereto, after a hearing thereon, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

(1) the Debtors' request to sever and reject the Third Amendment to the Golden Glades Lease is **DENIED**; and

(2) the Debtors' request to abandon certain personal property is **GRANTED**.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Andrew L. Magaziner, Esquire[1]

---

[1] Counsel shall serve a copy of this Memorandum and Order upon all interested parties and file a Certificate of Service with the Court.